67 A.3d 1188

IN RE STATE GRAND JURY INVESTIGATION

June 13, 2013.

It is ORDERED that the motion of the State of New Jersey for leave to appeal is granted.

67 A.3d 1188

IN THE MATTER OF THE COMMITMENT OF J.B.

June 3, 2013.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that this appeal is dismissed.